UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THE SECRETARY OF THE U.S. DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT,

                         Plaintiff,

           -against-

SHERMAN A. FRAY, as Administrator C.T.A.
of the Estate of Stanley A. Fray, deceased,

                        Defendant.
-------------------------------------------------------------x

**ORDER**

24 Civ. 4588 (CS)(JCM)

On June 24, 2025, the Court directed Plaintiff to submit its motion for damages by July 25, 2025, and Defendant to file any response by August 25, 2025. (Docker No. 33). Plaintiff timely filed its motion on July 24, 2025. (Docket No. 34). As of today, no response has been filed. If the Defendant does not submit a response by September 17, 2025, the Court will deem this matter fully submitted.

The Clerk is respectfully directed to mail a copy of this Order to the *pro se* Defendant.

Dated:  September 3, 2025
White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge