UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE SECRETARY OF THE U.S. DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT, an
agency of the UNITED STATES OF AMERICA,

                      Plaintiff,

        -against-

SHERMAN A. FRAY, a/k/a SHERMAN S.A.
FRAY, as Administrator C.T.A. of the Estate of
Stanley Fray, a/k/a Stanley A. Fray, deceased; NEW
YORK STATE DEPARTMENT OF TAXATION
AND FINANCE; "JOHN DOE #1-5" and "JANE
DOE #1-5," said names being fictitious, it being the
intention of plaintiff to designate any and all
occupants, tenants, or persons or corporations, if any,
having or claiming an interest in or lien upon the
premises being foreclosed herein,

                    Defendant.
-------------------------------------------------------------------X

**ORDER**

24 Civ. 4588 (CS)(JCM)

On June 20, 2025, the Honorable Cathy Seibel issued an Order granting in part and

denying in part Plaintiff's motion for summary judgment, and referred the matter to the

undersigned for an inquest to compute the amount due to Plaintiff. (Docket No. 29).  Judge

Seibel also ordered Plaintiff to submit a detailed calculation of all amounts requested with

supporting documentation. (*Id.* at 10).

On June 24, 2025, the undersigned directed Plaintiff to submit its motion for damages,

including detailed calculations for all amounts due and supporting documentation. (Docket No.

33).  On July 24, 2025, Plaintiff filed an affidavit of damages, (Docket No. 34), which included a

Statement of Account, (Docket No. 34-1), and a Loan Transaction Report, (Docket No. 34-2).

On September 25, 2025, *pro se* Defendant Sherman A. Fray ("Defendant") filed a letter notifying

that Court that Defendant did not oppose Plaintiff's motion for damages. (Docket No. 39).

The Court has reviewed Plaintiff's submission in support of its request for damages, (Docket Nos. 22, 34, 34-1, 34-2), and finds it lacking. Although Plaintiff has provided a Statement of Account, (Docket No. 34-1), and a Loan Transaction Report, (Docket No. 34-2), Plaintiff has not supplied the Court with a detailed calculation of all amounts due. In particular, Plaintiff has failed to provide documentation underlying its interest calculation, failed to explain how the documents submitted support its determination of the principal due, and failed to identify whether any principal or service fees were paid, as well as what the monthly balance was during the life of the Note. For instance, it is clear from the Note that the interest rate was adjustable and could range from 2.728 % to 12.728 %. (Docket No. 22-9). However, Plaintiff has not provided any documentation or explanation regarding whether the interest rate changed from the original 2.728 %, and, if so, the amount by which it changed and when it happened. Consequently, the Court cannot evaluate the damages requested.

Therefore, by October 10, 2025, Plaintiff must:

(1) Provide the Court with information about any interest rate change, and the effective date of the change(s) throughout the life of the Note.

(2) Explain what information in the Loan Transaction Report demonstrates the monthly balance, or, if such information is not contained within the Loan Transaction Report, provide sufficient documentation showing the monthly balance throughout the life of the Note.

(3) Specify, in detail, the amount of prejudgment interest requested, including the rate of interest the Court should use to calculate prejudgment interest, and the total amount on which prejudgment interest should be calculated.

(4) Provide documentation to demonstrate the unpaid principal on the Note at the time of default.

(5) Provide the Court with a sworn statement setting forth the amount Defendant paid in principal, interest and service charges during the life of the Note.

(6) Provide documentation that supports the $537,482.90 requested, or identify from where in the documentation submitted this amount is derived.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Defendant.

Dated:     October 1, 2025
           White Plains, New York

SO ORDERED:

JUDITH C. McCARTHY
United States Magistrate Judge