**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
THE SECRETARY OF THE U.S.
DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT, an agency of the UNITED
STATES OF AMERICA,

|  |  |
|---|---|
| Plaintiff, | 24 **CIVIL** 4588 (CS)(JCM) |
| -against- | **JUDGMENT** |

SHERMAN A. FRAY, a/k/a SHERMAN S.A.
FRAY, as Administrator C.T.A. of the Estate of
Stanley Fray, a/k/a Stanley A. Fray, deceased,

Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memo Endorsement dated February 2, 2026, the Court adopts the Report &

Recommendation in its entirety. Judgment is entered in favor of the Plaintiff in the amount of

$986, 920.67 plus costs in the amount of $902.11 and post-judgment interest; accordingly, the

case is closed.

**Dated:**  New York, New York
       February 5, 2026


**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**