UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 7:24-cv-04588-CS

THE SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, an agency of the UNITED STATES OF AMERICA,

Plaintiff,

-against-

Sherman A. Fray aka Sherman S.A. Fray, as Administrator C.T.A. of the Estate of Stanley Fray a/k/a Stanley A. Fray, deceased; New York State Department of Taxation and Finance; "JOHN DOE #1-5" and "JANE DOE #1-5", said names being fictitious, it being the intention of plaintiff to designate any and all occupants, tenants, persons or corporations, if any, having or claiming an interest in or lien upon the premises being foreclosed herein,

Defendants

ORDER CONFIRMING THE MASTER'S REPORT OF SALE

**UPON** reading the Report of Michael Amodio, Esq. the Master appointed in the Judgment of Foreclosure and Sale entered on March 10, 2026 to sell the mortgaged premises therein described, and said Master's Report being duly sworn to on May 4, 2026 and filed on August 14, 2026, and upon all other pleadings and proceedings has herein,

NOW, ON MOTION of Manfredi Law Group, PLLC attorney for plaintiff, it is

ORDERED, ADJUDGED, and DECREED that the Report of the Master Michael Amodio, Esq. filed on August 14, 2026 be and hereby is in all respects ratified and confirmed.

Cathy Seibel

Hon. Cathy Seibel

ENTERED: 09/04/2026

The Clerk shall terminate ECF No. 50.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 7:24-cv-04588-CS

THE SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, an agency of the UNITED STATES OF AMERICA,

Plaintiff,

-against-

Sherman A. Fray aka Sherman S.A. Fray, as Administrator C.T.A. of the Estate of Stanley Fray a/k/a Stanley A. Fray, deceased; New York State Department of Taxation and Finance; "JOHN DOE #1-5" and "JANE DOE #1-5", said names being fictitious, it being the intention of plaintiff to designate any and all occupants, tenants, persons or corporations, if any, having or claiming an interest in or lien upon the premises being foreclosed herein,

Defendants

**DECLARATION IN SUPPORT**
**TO CONFIRM THE MASTER'S REPORT OF SALE**

John Manfredi, Esq. an attorney duly admitted to practice before this Court affirms under the penalties of perjury as follows:

1. I am the attorney for Plaintiff in the above-captioned mortgage foreclosure action.
2. Sale of the mortgaged premises was conducted pursuant to and in conformity with the Judgment of Foreclosure and Sale entered in this action.
3. Plaintiff was the purchaser of the mortgaged premises at the auction.
4. That the Master's Report of Sale, attached as Exhibit A, was filed on August 14, 2026 (ECF # 49).
5. The Master's Deed was recorded in the Office of the Westchester County Clerk on August 5, 2026 in Control No. 661203239. Exhibit B.
6. Although the Report reflects a deficiency, no deficiency is sought by the Plaintiff in this action.
7. No party is entitled to notice of this application.

8. More than eight (8) days passed since the filing of the Report of Sale. NY RPAPL § 1355 (where there is no surplus moneys arising from the sale of the mortgaged premises under such judgment, an application for confirmation of the report of sale may be made at any time after the report shall have been filed eight days).

9. No prior application for the relief requested herein has been made.

WHEREFORE, the Plaintiff respectfully requests an Order confirming the Master's Report of Sale and confirming the sale of the mortgaged premises.

Respectfully submitted,

*/s/ John Manfredi*

John Manfredi
Attorney for the Plaintiff
Manfredi Law Group, PLLC
302 East 19th Street, Suite 2A
New York, New York 10003
TELEPHONE NO.: 347 614 7006
FAX: 347 332 1740

Case 7:24-cv-04588-CS-JCM Document 51 Filed 09/03/26 Page 1 of 15

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 7:24-cv-04588-CS

THE SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, an agency of the UNITED STATES OF AMERICA,

Plaintiff,

-against-

Sherman A. Fray aka Sherman S.A. Fray, as Administrator C.T.A. of the Estate of Stanley Fray a/k/a Stanley A. Fray, deceased; New York State Department of Taxation and Finance; "JOHN DOE #1-5" and "JANE DOE #1-5", said names being fictitious, it being the intention of plaintiff to designate any and all occupants, tenants, persons or corporations, if any, having or claiming an interest in or lien upon the premises being foreclosed herein,

Defendants

# MASTER'S REPORT OF SALE

TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

I, Michael P. Amodio, Esq., Master, duly appointed by the judgment of foreclosure and sale entered on March 10, 2026 to sell the mortgaged premises therein particularly described, do respectfully report as follows:

1. That Manfredi Law Group, PLLC caused due notice of the sale of the said lands and premises and published according to law, and the rules and practice of this Court, as appeared by the affidavit of advertisement/publication annexed hereto.
2. That at the time and place for which the same sale was noticed, as aforesaid, I attended in person and, pursuant to said notice and Terms of Sale, offered said mortgaged lands and premises for sale to the highest bidder, The Secretary of the U.S. Department of Housing and Urban Development, an Agency of the United States of America, and whose high bid was Nine Hundred and Eighty Six Thousand, Nine Hundred and Twenty Thousand, and 67/00 ($986,920.67) dollars.

3. A copy of the Terms of Sale is attached as Exhibit A.

4. A copy of the Affidavit of Publication and Affidavit Posting of said sale is attached as Exhibit B.

5. I have credited to the plaintiff the publication and posting expenses the sum set forth on the attached statement of sale.

6. I have displayed the amount due to prior incumbrancers, if any, the sums set forth on the attached statement of sale.

7. That I executed, and delivered to the aforesaid purchaser a good and sufficient deed of conveyance for the said premises so sold as aforesaid.

8. A copy of the deed is attached as Exhibit C.

9. That in addition, pursuant to the aforesaid Judgment of Foreclosure and Sale, I have been paid a fee of $ 750.00, for my services as Master to sell said premises, as itemized in the attached statement. Pursuant to said Judgment, said fee has also been allowed to plaintiff out of the purchase price.

10. If the attached computation of deficiency or surplus reflects a surplus, I have paid said amount into Court, as appears by the attached statement.

11. That annexed hereto and made part of this my report is a statement showing the several items aforesaid, and the manner of computation of the deficiency/surplus or that there is none, all of which is respectfully submitted.

Dated:

Michael P. Amodio
Michael P. Amodio
Master

Sworn before me on this
4th day of MAY 2026

James D. Zerafa
Notary Public
JAMES D. ZERAFA
Notary Public, State of New York
No. 02ZE5081111
Qualified in Westchester County
Commission Expires 6/30/2027

STATEMENT

Judgment balance $986,920.67 entered on March 10, 2026

Costs and Disbursements awarded in the Judgment: $902.11

Post Judgment interest accruing from March 10, 2026 through April 28, 2026 $4,787.29

Total Judgment balance including post judgment interest to April 28, 2026: $992,610.07

Expenses Paid by Plaintiff

Master Fee $750.00

Advertising Expenses $985.20

Taxes $0.00

Total……………$1,735.20

Total of (i) Judgment Amount plus Accrued Post-Judgment Interest,
and (ii) Expenses Paid by Plaintiff $994,345.27

Less Amount of Successful Bid $986,920.67

Deficiency……………………………………………………….$ 7,424.60

Dated: 5/7/2026

Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 7:24-cv-04588-CS

THE SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, an agency of the UNITED STATES OF AMERICA,

Plaintiff,

-against-

TERMS OF SALE

Sherman A. Fray aka Sherman S.A. Fray, as Administrator C.T.A. of the Estate of Stanley Fray a/k/a Stanley A. Fray, deceased; New York State Department of Taxation and Finance; "JOHN DOE #1-5" and "JANE DOE #1-5", said names being fictitious, it being the intention of plaintiff to designate any and all occupants, tenants, persons or corporations, if any, having or claiming an interest in or lien upon the premises being foreclosed herein,

Defendants

---

The premises described in the annexed advertisement of sale will be sold under the direction of Michael P. Amodio, Esq, Master duly appointed by the Court in this proceeding, upon the following terms:

1. Ten percent (10%) of the purchase price in cash of certified check will be required to be paid to the Master at the time and place of sale and for which the Master's receipt will be given, unless plaintiff or its nominee is the successful bidder, in which case the deposit requirement is waived.
2. At or before the time of making a bid, the bidder, other than the plaintiff or its nominee, shall exhibit to the Master cash or a certified check(s) for a least ten percent (10%) of the amount of bid.
3. The residue of the purchase money will be required to be paid to the Master Michael P. Amodio, Esq. at his office at 2 William Street, Suite 306, White Plains, NY 10601 on or

9. The premises will be sold in one parcel, subject to the following: any state of facts that an accurate survey may show; easements, covenants, restrictions or reservations of record, if any; zoning restrictions and any amendments thereto according to law and now in force; existing violations and orders of the appropriate departments of any City, Town or Village, if any; the physical condition of the premises at the time of closing; right of redemption of the United States pursuant to 28 U.S.C. § 2410; and without any apportionments or adjustments.

10. Filing of the Master's Deed and tax transfer forms, and all expenses of recording the Master's Deed, including real property transfer tax and transfer stamps, shall be borne and filed by the purchaser.

Dated:

Michael P. Amodio, Esq, Master

Memorandum of Sale

I have this 28 day of APRIL, 2026, purchased the premises described in the annexed printed advertisement of sale of the sum of $986,920.67 and hereby promise and agree to comply with the terms and conditions of the sale of said premises, as above-mentioned and set forth.

Dated: WESTCHESTER County, New York
APRIL 28, 2026

____________________
Purchaser

RECEIPT

________________, 20__ received from ________________

the sum of $________ being 10% of the amount

bid by ________________ for the property sold

to ________________ under the Judgment of Foreclosure and Sale

of this action.

WAIVED

____________________
Master / Referee

\- or -

The deposit of 10% is hereby waived (plaintiff is successful bidder)

Michael P. Amodio
Master / Referee

# Exhibit B

12174327, 876370

# AFFIDAVIT OF PUBLICATION

State of Wisconsin
County of Brown

linda tutt being duly sworn, deposes and says she is the Principal Clerk of **The Journal News**, Division of Gannett Newspaper Subsidiary, publishers of following newspaper published in Westchester and Rockland Counties, State of New York, of which annexed is a printed copy, out from said newspaper has been published in said newspaper editions dated:

03/25/2026, 04/01/2026, 04/08/2026, 04/15/2026

linda tutt

Subscribed and sworn to before me this 15 day of April, 2026

Notary Public
State of Wisconsin, County of Brown

VICKY FELTY
Notary Public
State of Wisconsin

NOTICE OF SALE

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK, The Secretary of the U.S. Department of Housing and Urban Development, an agency of the United States of America, Plaintiff, vs. Sherman A. Fray aka Sherman S.A. Fray, as Administrator C.T.A. of the Estate of StanLEy Fray a/k/a StanLEy A. Fray, deceased, ET AL., Defendant(s). Pursuant to a Judgment of Foreclosure and Sale duly dated on March 10, 2026, I, the undersigned Referee will sell at public auction on the front steps of the Westchester County Supreme Courthouse, 111 Dr. Martin Luther King Jr. Boulevard, White Plains, NY 10601 on April 28, 2026 at 11:00 a.m., premises known as 29 Woodland Place, White Plains, NY 10606. All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of White Plains, County of Westchester and State of New York, Section 130.33, Block 4 and Lot 16. Approximate amount of judgment is $987,822.78 plus interest and costs. Premises will be sold subject to provisions of filed Judgment Index # 7:24-cv-04588-CS.

Michael P. Amodio, Esq., Referee

Manfredi Law Group, PLLC, 302 East 19th Street, Suite 2A, New York, New York 10003, Attorneys for Plaintiff

March 25, April 1, 8, 15 2026

LNYS0480589

Exhibit C

-Master/Referee's Deed In Foreclosure-

**THIS IS A LEGAL INSTRUMENT AND SHOULD BE EXECUTED UNDER SUPERVISION OF AN ATTORNEY**

**THIS DEED**, made the 4th day of May, in the year two thousand and twenty six

**BETWEEN**
Michael Amodio, Esq., as Master/Referee, with offices at 2 William Street, Suite 306, White Plains, NY 10601

Grantor

duly appointed in the action hereinafter mentioned, Grantor, and

The Secretary of the U.S. Department of Housing and Urban Development, an Agency of America, with address of 307 W 7th Street, Suite 1000, Fort Worth, Texas 76102

Grantee

**WITNESSETH**, that the grantor, the referee appointed in the action between

The Secretary of the U.S. Department of Housing and Urban Development, an Agency of America,

Plaintiff,

and

Sherman A. Fray aka Sherman S.A. Fray, as Administrator C.T.A. of the Estate of Stanley Fray a/k/a Stanley A. Fray, deceased,

Defendants,

foreclosing a mortgage recorded on 5/7/2009 in the office of the Westchester County Clerk in Control No.: 491240082 of mortgages, in pursuance of a judgment entered in the U.S. District Court, Southern District of New York, on the 10th day of March, 2026, Case No. 24-cv-04588, and in consideration of nine hundred eighty six thousand nine hundred and twenty 67/00 ($986,920.67) paid by the grantee, being the highest sum bid at the sale under said judgment does hereby grant and convey unto the grantee, all the right, title and interest which said Stanley Fray and Alvera Fray, the mortgagors aforesaid, had at the time of the execution or recording of said mortgage, it being their interest in said premises which was so sold, and it is hereby conveyed, together with all the right, title and interest of the parties to the aforesaid action, of, in and to:
ALL THAT TRACT OR PARCEL OF LAND, situate in the Town and Village of White Plains, Westchester County and State of New York, described in Schedule "A", attached hereto and made a part hereof.
Being the same premises conveyed to said Stanley Fray and Alvera Fray, as husband and wife, by Bargain and Sale Deed dated 2/14/2001 and recorded on 3/13/2001 in the Westchester County Clerk's Office on Control No.: 410600728.

TO HAVE AND TO HOLD the premises herein granted unto the Grantee, The Secretary of the U.S. Department of Housing and Urban Development, an Agency of the United States of America, and his successors and assigns forever,
IN WITNESS WHEREOF, the grantor has hereunto set his hand and seal, the date first above written.

*In presence of:*
L.S.

Michael P Amodio

Michael Amodio, Esq.
*Referee/Master*

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of WESTCHESTER, ss:

On the 4TH day of MAY in the year 2026, before me, the undersigned, personally appeared MICHAEL P AMODIO, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

James D Zeraf

*(signature and office of individual taking acknowledgment)*

JAMES D. ZERAFA
Notary Public, State of New York
No. 02ZE5081111
Qualified in Westchester County
Commission Expires 6/30/2027

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of , ss:

On the day of in the year , before me, the undersigned, personally appeared , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*(signature and office of individual taking acknowledgment)*

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of , ss:

On the day of in the year , before me, the undersigned, a Notary Public in and for said State, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

*(signature and office of individual taking acknowledgment)*

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of , County of , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the day of in the year , before me the undersigned personally appeared Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the
(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

*(signature and office of individual taking acknowledgment)*

## Master / Referee's Deed

Title No.____________________________

RECORD AND RETURN TO

SECTION 130.33

BLOCK 4

LOT 16

COUNTY Westchester

# SCHEDULE A
# DESCRIPTION OF MORTGAGED PREMISES

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of White Plains, County of Westchester and State of New York more particularly bounded and described as follows:

BEGINNING at a point on the southerly side of Woodland Place where the same is intersected by the division line of premises herein and lands now or formerly of Eugenia E. Behrens;

RUNNING THENCE along said division line South 34 degrees 39 minutes 00 seconds East 117.93 feet to a point;

THENCE South 71 degrees 06 minutes 56 seconds West 133.75 feet to the easterly side of Walworth Crossing;

THENCE on a curve to the left having a radius of 284.54 feet for a length of 68.38 feet to a point of reverse curve having a radius of 17.41 feet for a length of 27.53 feet to the southerly side of Woodland Place;

THENCE along the southerly side of Woodland Place North 57 degrees 04 minutes 00 seconds East 101.32 feet to the point and place of BEGINNING.

| | |
|---|---|
| Premises: | 29 Woodland Place, White Plains, NY 10606 |
| Tax Parcel ID No.: | Section: 130.33 Block: 4 Lot: 16 |

Exhibit B

The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document.

*661203239DED003W*

# Westchester County Recording & Endorsement Page

## Submitter Information

| | | | |
|---|---|---|---|
| Name: | WebTitle Agency | Phone: | (888) 250-9056 |
| Address 1: | 755 Jefferson Road - Suite 300 | Fax: | (555) 555-5555 |
| Address 2: | | Email: | mcenti@webtitle.us |
| City/State/Zip: | Rochester NY 14623 | Reference for Submitter: | 6313476-WebTitle Agency |

## Document Details

Control Number: **661203239** Document Type: **Deed (DED)**

Package ID: 2026073100040001000 Document Page Count: **3** Total Page Count: **5**

## Parties

☑ Additional Parties on Continuation page

| | 1st PARTY | | | 2nd PARTY | |
|---|---|---|---|---|---|
| 1: | AMODIO MICHAEL | - Individual | 1: | UNITED STATES OF AMERICA DEPT OF H U D | - Other |
| 2: | FRAY STANLEY | - Individual | 2: | | |

## Property

☐ Additional Properties on Continuation page

Street Address: 29 WOODLAND PLACE Tax Designation: 130.33-4-16

City/Town: WHITE PLAINS Village:

## Cross- References

☐ Additional Cross-Refs on Continuation page

1: 491240082 2: 3: 4:

## Supporting Documents

1: RP-5217 2: TP-584 3: TP-584.1

## Recording Fees

| | |
|---|---|
| Statutory Recording Fee: | $40.00 |
| Page Fee: | $20.00 |
| Cross-Reference Fee: | $0.50 |
| Mortgage Affidavit Filing Fee: | $0.00 |
| RP-5217 Filing Fee: | $125.00 |
| TP-584 Filing Fee: | $5.00 |
| RPL 291 Notice Fee: | $10.00 |
| Local Tax Receipt Filing Fee: | $0.00 |
| Total Recording Fees Paid: | **$200.50** |

## Transfer Taxes

| | |
|---|---|
| Consideration: | $986,920.67 |
| Transfer Tax: | $0.00 |
| Mansion Tax: | $0.00 |
| Transfer Tax Number: | 237 |

## Mortgage Taxes

Document Date:

Mortgage Amount:

| | |
|---|---|
| Basic: | $0.00 |
| Westchester: | $0.00 |
| Additional: | $0.00 |
| MTA: | $0.00 |
| Special: | $0.00 |
| Yonkers: | $0.00 |
| Total Mortgage Tax: | **$0.00** |

Dwelling Type: Exempt: ☐

Serial #:

RECORDED IN THE OFFICE OF THE WESTCHESTER COUNTY CLERK

WESTCHESTER COUNTY SEAL

Recorded: 08/05/2026 at 10:56 AM

Control Number: **661203239**

Witness my hand and official seal

Thomas M. Roach
Westchester County Clerk

## Record and Return To

☐ Pick-up at County Clerk's office

**Web Title Agency**
**755 Jefferson Road #300**

**Rochester, NY 14623**
**Attn: Martino Centi**

| | |
|---|---|
| The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document. | *661203239DED003W* |

## Westchester County Recording & Endorsement Page

### Document Details

| | | | | | |
|---|---|---|---|---|---|
| Control Number: | **661203239** | Document Type: | **Deed (DED)** | | |
| Package ID: | 2026073100040001000 | Document Page Count: | 3 | Total Page Count: | 5 |

| 1st PARTY Addendum | | 2nd PARTY Addendum |
|---|---|---|
| FRAY STANLEY A | Individual | |
| FRAY SHERMAN A | Individual | |
| FRAY SHERMAN S | Individual | |

-Master/Referee's Deed In Foreclosure-

**THIS IS A LEGAL INSTRUMENT AND SHOULD BE EXECUTED UNDER SUPERVISION OF AN ATTORNEY**

**THIS DEED**, made the 4th day of May, in the year two thousand and twenty six

**BETWEEN**
Michael Amodio, Esq., as Master/Referee, with offices at 2 William Street, Suite 306, White Plains, NY 10601

Grantor

duly appointed in the action hereinafter mentioned, Grantor, and

The Secretary of the U.S. Department of Housing and Urban Development, an Agency of America, with address of 307 W 7th Street, Suite 1000, Fort Worth, Texas 76102

Grantee

**WITNESSETH**, that the grantor, the referee appointed in the action between

The Secretary of the U.S. Department of Housing and Urban Development, an Agency of America,

Plaintiff,

and

Sherman A. Fray aka Sherman S.A. Fray, as Administrator C.T.A. of the Estate of Stanley Fray a/k/a Stanley A. Fray, deceased,

Defendants,

foreclosing a mortgage recorded on 5/7/2009 in the office of the Westchester County Clerk in Control No.: 491240082 of mortgages, in pursuance of a judgment entered in the U.S. District Court, Southern District of New York, on the 10th day of March, 2026, Case No. 24-cv-04588, and in consideration of nine hundred eighty six thousand nine hundred and twenty 67/00 ($986,920.67) paid by the grantee, being the highest sum bid at the sale under said judgment does hereby grant and convey unto the grantee, all the right, title and interest which said Stanley Fray and Alvera Fray, the mortgagors aforesaid, had at the time of the execution or recording of said mortgage, it being their interest in said premises which was so sold, and it is hereby conveyed, together with all the right, title and interest of the parties to the aforesaid action, of, in and to:
ALL THAT TRACT OR PARCEL OF LAND, situate in the Town and Village of White Plains, Westchester County and State of New York, described in Schedule "A", attached hereto and made a part hereof.
Being the same premises conveyed to said Stanley Fray and Alvera Fray, as husband and wife, by Bargain and Sale Deed dated 2/14/2001 and recorded on 3/13/2001 in the Westchester County Clerk's Office on Control No.: 410600728.

TO HAVE AND TO HOLD the premises herein granted unto the Grantee, The Secretary of the U.S. Department of Housing and Urban Development, an Agency of the United States of America, and his successors and assigns forever,
IN WITNESS WHEREOF, the grantor has hereunto set his hand and seal, the date first above written.

*In presence of:*
L.S.

Michael P Amodio
Michael Amodio, Esq.
*Referee/Master*

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of WESTCHESTER, ss:

On the 4TH day of MAY in the year 2026,
before me, the undersigned, personally appeared
MICHAEL P AMODIO, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

James D Zerafa
*(signature and office of individual taking acknowledgment)*

JAMES D. ZERAFA
Notary Public, State of New York
No. 02ZE5081111
Qualified in Westchester County
Commission Expires 6/30/2027

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of , ss:
On the day of in the year ,
before me, the undersigned, a Notary Public in and for said State, personally appeared
, the
subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

that he/she/they know(s)
to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

*(signature and office of individual taking acknowledgment)*

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of , ss:

On the day of in the year ,
before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*(signature and office of individual taking acknowledgment)*

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of , County of , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)
On the day of in the year ,
, before me the undersigned personally appeared
Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the
(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

*(signature and office of individual taking acknowledgment)*

## Master / Referee's Deed

Title No.__________________________

RECORD AND RETURN TO

SECTION 130.33

BLOCK 4

LOT 16

COUNTY Westchester

# SCHEDULE A
# DESCRIPTION OF MORTGAGED PREMISES

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of White Plains, County of Westchester and State of New York more particularly bounded and described as follows:

BEGINNING at a point on the southerly side of Woodland Place where the same is intersected by the division line of premises herein and lands now or formerly of Eugenia E. Behrens;

RUNNING THENCE along said division line South 34 degrees 39 minutes 00 seconds East 117.93 feet to a point;

THENCE South 71 degrees 06 minutes 56 seconds West 133.75 feet to the easterly side of Walworth Crossing;

THENCE on a curve to the left having a radius of 284.54 feet for a length of 68.38 feet to a point of reverse curve having a radius of 17.41 feet for a length of 27.53 feet to the southerly side of Woodland Place;

THENCE along the southerly side of Woodland Place North 57 degrees 04 minutes 00 seconds East 101.32 feet to the point and place of BEGINNING.

Premises: 29 Woodland Place, White Plains, NY 10606
Tax Parcel ID No.: Section: 130.33 Block: 4 Lot: 16